# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

June 27, 2001

**By the Court:**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ] Appeal from the United<br>] States District Court |
| Plaintiff-Appellee, | ] for the Southern District<br>] of Indiana, Indianapolis |
| No. 99-1155      v. | ] Division.<br>] |
| INDIANA BELL TELEPHONE COMPANY, INCORPORATED, doing business as AMERITECH INDIANA, and AMERITECH CORPORATION, | ] No. 95 C 217<br>]<br>] Larry J. McKinney,<br>]     Chief Judge. |
| Defendants-Appellants. | ]<br>] |

The opinion of this Court issued on this date is corrected as follows:

On page 29, within the citations following the fifth sentence, the citation of *Blue Cross and Blue Shield of N.J., Inc. v. Philip Morris, Inc.*, 138 F.Supp. 2d 357, 365-72 (E.D.N.Y. 2001)(Weinstein, J.) is replaced with *Blue Cross & Blue Shield of N.J., Inc. v. Philip Morris, Inc.*, 138 F.Supp. 2d 357, 365-72 (E.D.N.Y. 2001)(Weinstein, J.).